UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIK BONNAR, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-07429-SK<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Regarding Docket No. 9 |

On December 12, 2018, Plaintiff Raul Lopez Reyes filed a motion for a temporary restraining order. The Court HEREBY ORDERS Defendants to file a response to the motion by no later than 10:00 a.m. on December 17, 2018. Plaintiff shall file a reply, if any, by no later than 10:00 a.m. on December 18, 2018. The Court will hold a hearing on this motion on December 21, 2018 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: December 13, 2018

_____
SALLIE KIM
United States Magistrate Judge