UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ REYES,<br><br>    Plaintiff,<br><br>v.<br><br>ERIK BONNAR, et al.,<br><br>    Defendants. | Case No. 18-cv-07429-SK<br><br>**ORDER DENYING STIPULATION TO ALTER BRIEFING SCHEDULE**<br><br>Regarding Docket No. 14 |

The Court has reviewed the parties' stipulation to alter the briefing schedule on Plaintiff's motion for a temporary restraining order and HEREBY DENIES the stipulation. Although the Court is sympathetic to the schedules of parties and counsel, the Court needs sufficient time to review and analyze the submissions of the parties in order to provide a fair assessment of the issues.

**IT IS SO ORDERED**.

Dated: December 14, 2018

_____
SALLIE KIM
United States Magistrate Judge