UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ REYES,<br>    Petitioner,<br> v.<br>ERIK BONNAR, et al.,<br>    Respondents. | Case No. 18-cv-07429-SK<br><br>**ORDER REGARDING REQUEST FOR EXTENSION**<br><br>Regarding Docket No. 22 |

Respondents seek a short extension of time to comply with this Court's Order of December 24, 2018 (Dkt. 21.) The Court DENIES the request for extension.

**IT IS SO ORDERED**.

Dated: January 3, 2019

_____
SALLIE KIM
United States Magistrate Judge