UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ REYES,<br><br>Plaintiff,<br><br>v.<br><br>ERIK BONNAR, et al.,<br><br>Defendants. | Case No. 18-cv-07429-SK<br><br>**ORDER GRANTING MOTION TO DISMISS AS MOOT**<br><br>Regarding Docket No. 42 |

On October 18, 2019, Defendants moved to dismiss this action as moot. In light of the Board of Immigration Appeal's dismissal of the Department of Homeland Security's appeal of the Immigration Judge's bail determination, the Plaintiff has filed a statement of non-opposition. (Dkt. No. 43.) Therefore, the Court HEREBY GRANTS Defendants' motion as unopposed.

**IT IS SO ORDERED**.

Dated: November 12, 2019

SALLIE KIM  
United States Magistrate Judge